Daren M. Schlecter, Esq. (SBN 259537)
**Law Office of Daren M. Schlecter, A Prof. Corp.**
1875 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone (310) 553-5747
Telecopier (310) 553-5487

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

ANITA AND WAYNE WEATHERSPOON

Debtors

Case No. 2:10-bk-63329-EC

Chapter 13

**NOTICE OF CONTINUANCE OF CONFIRMATION HEARING**

Continued Confirmation Hearing:

Date: April 26, 2011
Time: 1:30 p.m.
Location: 255 East Temple St., Courtroom 1639, 16th Floor
Los Angeles, CA 90012

/ / /

/ / /

NOTICE IS HEREBY GIVEN THAT ON THE DATE, TIME AND LOCATION INDICATED ABOVE, THE COURT WILL CONSIDER CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN.

Dated: January 31, 2011

LAW OFFICE OF DAREN M. SCHLECTER

By: ______________________
DAREN M. SCHLECTER
Attorney for Debtors

| In re: **Wayne Earl Weatherspoon** **Anita Isiah Weatherspoon** Debtor(s). | CHAPTER: **13** CASE NUMBER: **2:10-bk-63329** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1875 Century Park East**
**Suite 1000**
**Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as **NOTICE OF CONTINUATION OF CONFIRMATION HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **1/31/2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Kathy A Dockery, efiling@CH13LA.com**
**Cassandra J Richey, cmartin@pprlaw.net**
**Daren M. Schlecter, daren@schlecterlaw.com**
**United States Trustee, ustpregion16.la.ecf@usdoj.gov**

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **1/31/2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge Ellen Carroll**
**United States Bankruptcy Court - Central District of California**
**Edward R. Roybal Federal Building and Courthouse**
**255 E. Temple Street, Suite 1634 / Courtroom 1639**
**Los Angeles, CA 90012**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 31, 2011** | **Daren M. Schlecter 259537** | **/s/ Daren M. Schlecter** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |


Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

**Service List for Wayne and Anita Weatherspoon, Chapter 13, Case No. 2:10-bk-63329-EC**

Wayne Earl & Anita Isiah
Weatherspoon
13205 S. Van Ness Ave.
Gardena, CA 90249

American General Finance
20038 Hawthorne Blvd
Torrance, CA 90503

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

Bank Of America
Attn: Bankruptcy
NC4-105-03-14
P.O. Box 26012
Greensboro, NC 27410

Capital One, N.a.
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154

Cba Collecttion Bureau
Po Box 5013
Hayward, CA 94540

Citibank Usa
Attn.: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195

Credit One Bank
Po Box 98875
Las Vegas, NV 89193

Dell Financial Services
Attn: Bankruptcy Dept.
Po Box 81577
Austin, TX 78708

Employment Development
Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280

First Magnus Financial
Corporation
C/O United States Trustee
230 North First Avenue, Suite
204
Phoenix, AZ 85003

First Magnus Financial
Corporation
603 N. Wilmot
Tucson, AZ 85711

Franchise Tax Board
Attention: Bankruptcy
P. O. Box 2952
Sacramento, CA 95812

Home Depot Credit Services
P.O. Box 6028
The Lakes, NV 88901-6029

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Lexus Financial Services
P.O. Box 60116
City of Industry, CA 91716

Macys/fdsb
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040

Securities & Exchange
Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

Simone B. Brewster
13205 South Van Ness Ave.
Gardena, CA 90249

Universal Accounts Inc
690 E Green St Ste 300
Pasadena, CA 91101

Volkswagon Credit Inc
9441 Lbj Freeway Suite 250
Dallas, TX 75243

Westside Recovery Svcs
6200 Wilshire Blvd Ste 1
Los Angeles, CA 90048

Wfnnb/express
Po Box 182124
Columbus, OH 43218

Wfs Financial/Wachovia Dealer
Services
Po Box 19657
Irvine, CA 92623

Zenith Acquisition
220 John Glenn Dr # 1
Amherst, NY 14228

Bank of New York
f/k/a Bank of New York Mellon,
N.A.
Agent for Service of Process
CT Corporation System
818 W. 7th St.
Los Angeles, CA 90017

Kathy A Dockery (TR)
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Bank of America, N.A.
Countrywide, FSB
Attention: Charles O. Holliday,
Jr. Chairman
Attention: Brian T. Moynihan,
President & CEO
101 S. Tyron St.
Charlotte, NC 28255

Bank of America, N.A.
Agent for Service of Process
CT Corporation System
818 W. 7th St.
Los Angeles, CA 90017

Bank of New York Mellon, N.A.
Attention: Robert P. Kelly, CEO
Gerald L. Hassell,
President/Director
One Wall Street
New York, NY 10286

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Daren M. Schlecter<br>Law Office of Daren M. Schlecter<br>1875 Century Park East<br>Suite 1000<br>Los Angeles, CA 90067<br>310-553-5747 Fax: 310-553-5487<br>259537<br>☐ Attorney for: | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>Wayne Earl Weatherspoon<br>Anita Isiah Weatherspoon<br>Debtor(s). | CASE NO.: **2:10-bk-63329**<br>CHAPTER: **13**<br>ADV. NO.: |

**ELECTRONIC FILING DECLARATION
(INDIVIDUAL)**

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

☐ Petition, statement of affairs, schedules or lists Date Filed: ____________
☐ Amendments to the petition, statement of affairs, schedules or lists Date Filed: ____________
☒ Other: Notice of Continuance of Confirmation Hearing Date Filed: 1/31/2011

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

**/s/ Wayne Earl Weatherspoon** 1/31/11
*Signature of Signing Party* Date
**Wayne Earl Weatherspoon**
*Printed Name of Signing Party*
**/s/ Anita Isiah Weatherspoon** 1/31/11
*Signature of Joint Debtor* Date
**Anita Isiah Weatherspoon**
*Printed Name of Joint Debtor*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s)* or *Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

**/s/ Daren M. Schlecter** 1/31/2011
*Signature of Attorney for Signing Party* Date
**Daren M. Schlecter 259537**
*Printed Name of Attorney for Signing Party*